UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

RELIANCE STANDARD LIFE
INSURANCE COMPANY,

      Plaintiff,

v.

ANITA L. BROWN, and
K.P., a minor,

      Defendants.
_____/

CASE NO. 3:07-cv-00603-J-12/MCR

## CONSENT FINAL JUDGMENT
## AUTHORIZING DISBURSEMENT OF INTERPLEADED FUNDS

This case is before the Court on the Defendants' Stipulation and Joint Motion for Entry of Consent Final Judgment Authorizing Disbursement of Interpleaded Funds (Doc. 25). The Court having read the Stipulation and Motion, having received the consent of the parties therein, and being otherwise fully advised, it is hereby,

**ORDERED AND ADJUDGED:**

1.    The interpleaded funds in the amount of $88,000.00, plus applicable interest, deposited into the registry of the Court by Plaintiff, RELIANCE STANDARD LIFE INSURANCE COMPANY, after deducting the amounts set forth below, belongs to and is the property of Defendant ANITA L. BROWN.

2.    The claim of Defendant K.P., a minor, to the interpleaded funds as set forth in her Answer and Claim (Doc. 17) is hereby dismissed, with prejudice.

3. The Clerk of this Court shall pay out of the interpleaded funds, now on hand in the registry of the Court:

    a. $1,500.00 to Roger J. Friedline, Esq., for his reasonable attorneys' fees and costs incurred in this action as attorney and Guardian ad Litem for Defendant K.P., a minor; and

    b. The remaining balance to Defendant Anita L. Brown.

**DONE AND ORDERED** in Chambers in Jacksonville, Duval County, Florida, this 4TH day of June, 2008.

*Howell W. Melton*
HOWELL W. MELTON
SENIOR UNITED STATES DISTRICT JUDGE

Copies to:

J. Michael Lindell, Esq.
Roger K. Gannam, Esq.
Attorneys for Defendant Anita L. Brown

Rodger J. Friedline, Esq.
Attorney and Guardian ad Litem for Defendant K.P., a minor

2